In the Matter of CALVIN JOHNSON, Petitioner, v. ABRAM M. ZIMMER, Respondent.— Application for a mandamus order denied without prejudice. The application should properly be made at the Special Term of the Supreme Court, Kings County (Civ. Prac. Act, § 1287). Nolan, P. J., Beldock, Ughetta, Kleinfeld and Christ, JJ., concur.

In the Matter of the Accounting of LEONARD ROSIN, as Executor of WILLIAM LOMBARDI, Deceased, Appellant. ANTHONY LOMBARDI et al., Respondents.— Motion by the executor-appellant to dispense with printing upon appeal of the minutes (206 pages) of his testimony taken upon his examination before trial, granted; the original minutes to be submitted upon the argument of the appeal. Nolan, P. J., Beldock, Ughetta, Kleinfeld and Christ, JJ., concur.

In the Matter of BROOKLYN BAR ASSOCIATION, Petitioner, v. E. SMITH GREEN, Also Known as EDWARD SMITH-GREEN, JR., Also Known as E. SMITH GREEN, JR., and Originally Admitted to the Practice of Law as EDWARD DAVID SMITH GREEN, JR., an Attorney, Respondent.— Motion to confirm the report of the Referee, recommending that respondent be disbarred. The Referee in his report finds respondent guilty on a number of charges of mishandling and misapplying clients' funds, knowingly issuing bad checks, neglect of clients' interests, and of other professional misconduct in his dealings with clients and their moneys. The Referee further finds that respondent's explanation of his conduct was neither credible nor acceptable as an excuse, and he recommends that respondent be disbarred. In our opinion, the evidence adduced amply sustains the findings of the Referee and justifies his recommendation. Accordingly, the motion to confirm the Referee's report is granted; respondent is disbarred; and his name is ordered to be struck from the roll of attorneys. Nolan, P. J., Kleinfeld, Christ, Pette and Brennan, JJ., concur.

In the Matter of JEROME A. WEISS, Respondent, v. ROBERT E. HERMAN, as State Rent Administrator, Appellant.— Motion by respondent to dismiss appeal granted, without costs, and appeal dismissed (Civ. Prac. Act, § 1304; Matter of Benoit v. Weaver, 3 A D 2d 1008.) Nolan, P. J., Beldock, Ughetta, Kleinfeld and Christ, JJ., concur.

ESSIE M. JONES, as Administratrix of the Estate of JAMES JONES, Deceased, Appellant, v. CLIFFORD A. HUNT, Respondent.— Motion by appellant to dispense with printing granted. The appeal will be heard on a typewritten record and on appellant's typewritten brief. The appellant is directed to file one copy of the record and six copies of her brief and to serve one copy of each on the attorney for respondent. Nolan, P. J., Beldock, Ughetta, Kleinfeld and Christ, JJ., concur.

KELVIN ENGINEERING CO., INC., et al., Respondents, v. AMERICAN SURETY COMPANY OF NEW YORK, Appellant.— Motion by appellant for leave to appeal to the Court of Appeals denied. Nolan, P. J., Beldock, Ughetta, Kleinfeld and Christ, JJ., concur.

LOUISE M. MILLER, Respondent, v. LESLIE W. MILLER, Appellant.— Oral motion by respondent on calendar call to dismiss appeal granted by default, without costs, and appeal dismissed, the appellant having failed to file a record or brief. Beldock, Acting P. J., Ughetta, Kleinfeld, Christ and Pette, JJ., concur.